David L. Knapper
State Bar No. 010328
**LAW OFFICES OF DAVID L. KNAPPER**
1599 East Orangewood Avenue, Suite 125
Phoenix, Arizona) 85020
Telephone:   (602) 252-0809
Facsimile:    (602) 256-0432
E-Mail:    dlk@knapperlaw.com
Attorney for Landlord/Movant

IN THE UNITED STATES BANKRUPTCY COURT

IN AND FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re<br><br>CRYSTALE JEAN REASON,<br><br>                         Debtor.<br><br>―――――――――――――――――<br><br>PIERCE PEAK, LLC, an Arizona limited liability company, aka Pierce Peak LLC, dba ARLO, ArLo Apartments or by other similar names, and at times acting through its agent, MARK-TAYLOR RESIDENTIAL, INC., an Arizona corporation, aka Mark-Taylor Residential, Inc.,<br><br>                         Landlord/Movant,<br><br>        v.<br><br>CRYSTALE JEAN REASON, aka Crystale Reid, aka Crystale Reason, aka Crystale J. Reason, Debtor; TREVOR D. REID, Co-Debtor; CAITLYN A. REID, Co-Debor, and RUSSELL BROWN, Chapter 13 Trustee,<br><br>                         Respondents. | CHAPTER 13<br><br>CASE NO. 2:23-bk-08892-BKM<br><br>(Assigned to the Honorable Judge Brenda K. Martin)<br><br><br><br><br><br><br><br><br><br>**MOTION FOR ACCELERATED HEARING NOT LATER THAN DECEMBER 26, 2023**<br><br>(Primarily Re:  2121 North 44th Street, Apartment No. 4412, Phoenix, Arizona 85008) |

Simultaneously herewith, Landlord/Movant PIERCE PEAK, LLC, an Arizona limited liability company, aka Pierce Peak LLC, dba ARLO, ArLo Apartments or by other similar names, and at times acting through its agent, MARK-TAYLOR RESIDENTIAL, INC., an

Case 2:23-bk-08892-BKM   Doc 11   Filed 12/13/23   Entered 12/13/23 21:40:17   Desc
Main Document    Page 1 of 5

Arizona corporation, aka Mark-Taylor Residential, Inc. ("MOVANT") is filing a pleading captioned: "Motion For Relief From The Automatic Stay & Co-Debtor Stay, Including An In Rem Adjudication, Together With An 11 U.S.C. 362(j) Order" ("Motion").

MOVANT submits that an Accelerated Hearing on the Motion, **which needs to be conducted not later than December 26, 2023**, is warranted, so that an eviction hearing scheduled in State Court for January 2, 2024 at 2:00 p.m. can be conducted, because:

1. Debtor/Respondent CRYSTALE JEAN REASON, aka Crystale Reid, aka Crystale Reason, aka Crystale J. Reason ("DEBTOR"), Co-Debtor/Co-Respondent TREVOR D. REID ("T. REID") and Co-Debtor/Co-Respondent CAITLYN A. REID ("C. REID") are MOVANT's tenants.

2. DEBTOR, T. REID and C. REID (collectively "REID Family) are related to each other as mother, father and adult daughter.

3. When no 11 U.S.C. § 362(a) automatic stay existed, MOVANT commenced prosecuting an eviction against the REID Family, specifically, Case No. CC2023-190801EA, Encanto Justice Court ("Pending Eviction").

4. The next Hearing in the Pending Eviction is scheduled for January 2, 2024 at 2:00 p.m.

5. Because they are eight (8) months behind on their rental payment obligations, beginning with the month of May 2024, the REID Family are presently an eye-popping over $27,511.72 in arrears on the Lease.

6. The REID Family are bankruptcy serial filers, who for seven (7) months now, have been misusing the Bankruptcy Code to delay their inevitable eviction.

7. The Motion is now the third 11 U.S.C. § 362(d) Motion the REID Family have forced MOVANT to prosecute.

8. During the past seven (7) months, the REID Family have filed four (4) different bankruptcies.

9. DEBTOR has filed two (2) bankruptcies, Case No. 2:23-bk-08892-BKM ("DEBTOR's First BK), and this case, T. REID has filed two (2) bankruptcies, Case No. 2:23-bk-03067-SHG ("T. REID's First BK") and Case No. 2:23-bk-03897-EPB ("T. REID's Second BK").

10. C. REID joined forces with her parents in playing bad faith bankruptcy games by daughter filing at Case Docket #25 in DEBTOR's First Bankruptcy an Objection to a § 362(d) Motion that MOVANT prosecuted.

11. The REID Family began slowing-down MOVANT from evicting them by T. REID commencing T. REID's First BK on May 10, 2023, which was dismissed on May 26, 2023.

12. Before T. REID's First BK was dismissed, on May 16, 2023, MOVANT filed a § 362(d) Motion and related initial pleadings at Case Docket ##12, 13 and 14.

13. To further slow-down the eviction, on June 12, 2023, T. REID commenced T. REID's Second BK, which was dismissed on July 28, 2023.

14. Before T. REID's Second BK was dismissed, an Order was entered on July 13, 2023 at Case Docket #28 denying T. REID's 11 U.S.C. 362(c)(3)(B) Motion to Continue the 11 U.S.C. § 362(a) automatic stay filed on July 10, 2023 at Case Docket #23.

15. To further slow-down the eviction, DEBTOR commenced DEBTOR's First BK on October 5, 2023. On October 10, 2023 at Case Docket ##14, 15 and 16, MOVANT filed a § 362(d) Motion and related initial pleadings at Case Docket ##14, 15 and 16. A Preliminary Hearing on this § 362(d) Motion should have taken place on December 5, 2023 at 10:00 a.m., but DEBTOR's First BK was dismissed, at DEBTOR's request filed on December 1, 2023 at Case Docket #47, on December 4, 2023 at Case Docket #48.

16. An eviction hearing, which MOVANT has been attempting to complete for seven (7) months now, was scheduled for yesterday afternoon, December 12, 2023, in the Pending Eviction.

17. But to further slow-down the eviction, DEBTOR commenced this case yesterday morning.

18. This case is scheduled to be dismissed on or after December 27, 2023 because DEBTOR hasn't paid her filing fee, and also, hasn't filed a myriad of required initial pleadings, including without limitation, her Schedules and Statement of Affairs, Chapter 13 Plan, etc.).

Accordingly, MOVANT hereby respectfully requests that the Court complete and enter with the Bankruptcy Clerk of Court the proposed form of Order captioned: "Order Scheduling Accelerated Hearing" ("Order") that MOVANT is simultaneously lodging herewith.

The following disclosures are made to satisfy MOVANT's further compliance with Local Bankruptcy Rule 9013-1(i):

(i) no attorneys represent any of the opposing parties;

(ii) so that MOVANT will have absolute assurance that a State Court eviction hearing can proceed as scheduled on January 2, 2024 at 2:00 p.m., the Accelerated Hearing needs to be conducted not later than December 26, 2023, before this case is dismissed,

and

(iii) no one has yet been served with the Motion, but the Motion, this pleading, and others filed simultaneously by MOVANT too, are being mailed-out today, December 13, 2023, to all necessary parties.

### **PRAYER**

Based upon all of the foregoing, MOVANT is lodging simultaneously herewith, and respectfully requests the Court promptly complete and issue, the Order, which provides MOVANT the relief requested above, which after its issuance, MOVANT shall ensure is promptly served upon all necessary parties.

**MOVANT's counsel undersigned has checked his calendar and can attend the Accelerated Hearing hereby requested on any of the following dates that he hopes the Court's own calendar can accommodate:**

    **anytime on December 19, 20, 21 and 22, and**

    **anytime on December 26**.

Although understandably, MOVANT would prefer the Court complete the Order by filling-in a date and time scheduling the requested Accelerated Hearing that matches one of the earliest dates stated above.

    RESPECTFULLY SUBMITTED this 13th day of December 2023.

    LAW OFFICES OF DAVID L. KNAPPER

    /s/  David L. Knapper_____
    Attorney for MOVANT

FILED this 13th day of December 2023

TRANSMITTED this 13th day of December 2023, to:

The Honorable Judge Brenda K. Martin
United States Bankruptcy Court
230 North First Avenue
Phoenix, Arizona 85003

COPIES of the foregoing mailed this 13th day of December 2023, to:

All necessary parties as evidenced by the pleading captioned: "Declaration Of Service" to be filed this 13th day of December 2023

/s/David L. Knapper_____