**ORDERED ACCORDINGLY.**

Dated: December 14, 2023



_____
**Brenda K. Martin, Bankruptcy Judge**

IN THE UNITED STATES BANKRUPTCY COURT
IN AND FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re<br><br>CRYSTALE JEAN REASON,<br><br>      Debtor.<br><br>_____<br><br>PIERCE PEAK, LLC, an Arizona limited liability company, aka Pierce Peak LLC, dba ARLO, ArLo Apartments or by other similar names, and at times acting through its agent, MARK-TAYLOR RESIDENTIAL, INC., an Arizona corporation, aka Mark-Taylor Residential, Inc.,<br><br>      Landlord/Movant,<br><br>v.<br><br>CRYSTALE JEAN REASON, aka Crystale Reid, aka Crystale Reason, aka Crystale J. Reason, Debtor; TREVOR D. REID, Co-Debtor; CAITLYN A. REID, Co-Debor, and RUSSELL BROWN, Chapter 13 Trustee,<br><br>      Respondents. | CHAPTER 13<br><br>CASE NO. 2:23-bk-08892-BKM<br><br>(Assigned to the Honorable Judge Brenda K. Martin)<br><br><br><br><br><br>**ORDER SCHEDULING ACCELERATING HEARING**<br><br>(Primarily Re: 2121 North 44th Street, Apartment No. 4412, Phoenix, Arizona 85008) |

  Movant PIERCE PEAK, LLC, an Arizona limited liability company, aka Pierce Peak LLC, dba ARLO, ArLo Apartments or by other similar names, and at times acting through its agent, MARK-TAYLOR RESIDENTIAL, INC., an Arizona corporation, aka Mark-Taylor Residential, Inc. ("MOVANT"), having filed a pleading captioned "Motion For Relief From

The Automatic Stay & Co-Debtor Stay, Including An In Rem Adjudication, Together With An 11 U.S.C. 362(j) Order" ("Motion"), and because good cause has been shown by the Motion and the additional pleading filed by MOVANT captioned: "Motion For Accelerated Hearing Not Later Than December 26, 2023":

**IT IS HEREBY ORDERED** that an Accelerated Hearing on the Motion will be conducted telephonically by the Honorable Judge Brenda K. Martin on December 28, 2023, at 11:00 o'clock a.m.

**IT IS FURTHER ORDERED** that interested parties are to appear at this Accelerated Hearing by dialing Tel. No. (833) 568-8864, inputting ID No. 160 2682 4273, and also, inputting Pass Code No. 427399.

**IT IS FURTHER ORDERED** that any Objection(s) and/or Response(s) to the Motion shall be in writing, filed with the Clerk of the Court, and a copy served upon MOVANT's attorney by December 22, 2023.

**LASTLY, IT IS ORDERED** that MOVANT's counsel shall promptly serve true and correct copies of this Order, once issued by the Court, upon all necessary parties, and thereafter, MOVANT's counsel shall file an appropriate Declaration of Service evidencing how and when service of this Order was effectuated.

SIGNED AND DATED ABOVE